# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0239.  KAREEM DANIELS v. STATE OF GEORGIA.**

Upon consideration and review, the Appellant's Motion to Remand is hereby GRANTED and the case is remanded to the trial court so that it may determine (1) whether the Appellee violated both the best evidence rule and *Brady v. Maryland*, 373, U.S. 83 (1963), when it allegedly failed to produce in discovery and tender into evidence color copies of the photograph of Appellant allegedly holding the complaining witness' stolen wallet; and (2) whether the Appellee knowingly elicited false testimony from the complaining witness.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/28/2017*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*